AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-8370 JCS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Antioch Police Department Corporal JASON C. VANDERPOOL, individually

was received by me on *(date)* 1/13/2021

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* 1/15/2021 @ 1:26 p.m., Service to Stephanie Lattuca, ID#4496, Record's Technician, Authorized Agent at the Antioch Police Department, 300 L. Street, Antioch, CA 94509 for defendant, ANTIOCH POLICE DEPARTMENT CORPORAL JASON C. VANDERPOOL, individually

My fees are $ _____ for travel and $ _____ for services, for a total of $ 55.00

I declare under penalty of perjury that this information is true.

Date: 1/20/2021

*Server's signature*

*Printed name and title*
Anne Vode, Private Investigator, PI 12115
Mercury Investigations
P.O. Box 3031
Antioch, CA 94531
(510) 268-9810 *Server's address*

Additional information regarding attempted service, etc:

See ATTACHMENT "A", attached hereto for a complete list of documents served

**ROBERT STOUT vs. CITY OF ANTIOCH**
**US NORTHERN DISTRICT COURT CASE NO.: 3:20-cv-8370 JCS**

## ATTACHMENT "A"

SUMMONS IN A CIVIL ACTION,

COMPLAINT,

STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT,

STANDING ORDER IN CIVIL CASES JUDGE YVONNE ROGERS ( Updated April 2, 2019),

NOTICE OF ELIGIBILITY FOR VIDEO RECORDING,

CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE,

ORDER REASSIGNMENT CASE.