DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendants
CITY OF ANTIOCH, CPL. JASON C. VANDERPOOL,
OFC. ERIC A. MCMANUS, and OFC. CAESAR E.
TANGUMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STOUT,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF ANTIOCH, a public entity; Antioch Police Department Corporal JASON C. VANDERPOOL, individually; Antioch Police Department Officers ERIC A. MCMANUS and CAESAR E. TANGUMA, individually; and DOES 1-30, Jointly and Severally,<br><br>                    Defendants. | Case No. 4:20-CV-08370-YGR<br><br>**ANSWER BY DEFENDANTS CITY OF ANTIOCH, CPL. VANDERPOOL, OFC. MCMANUS, AND OFC. TANGUMA TO PLAINTIFF'S COMPLAINT**<br><br>Hon. Yvonne Gonzalez Rogers |

Defendants CITY OF ANTIOCH, CPL. JASON C. VANDERPOOL, OFC. ERIC A. MCMANUS, and OFC. CAESAR R. TANGUMA ("Defendants"), hereby respond to the allegations contained in the Complaint filed by plaintiff ROBERT STOUT ("Plaintiff").

I.    **INTRODUCTION**

1.       Paragraph 1 is an Introduction, to which no response is required. To the extent a response is deemed required, Defendants respond as follows: in answer to the allegations of

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

Paragraph 1 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

**II.  JURISDICTION AND INTRADISTRICT ASSIGNMENT**

2.  Admitted.

3.  Admitted.

**III.  PARTIES AND PROCEDURE**

4.  In answer to the allegations of Paragraph 4 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

5.  Admitted.

6.  Admitted.

7.  Admitted.

8.  Admitted.

9.  In answer to the allegations of Paragraph 9 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

10.  In answer to the allegations of Paragraph 10 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

11.  Admitted.

12.  In answer to the allegations of Paragraph 12 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER
4:20-CV-08370

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

13.     In answer to the allegations of Paragraph 13 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

14.     In answer to the allegations of Paragraph 14 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

15.     In answer to the allegations of Paragraph 15 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

16.     Admitted.

17.     In answer to the allegations of Paragraph 17 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

18.     Admitted.

**IV.    <u>GENERAL ALLEGATIONS</u>**

19.     In answer to the allegations of Paragraph 19 of the complaint, Defendants incorporate their answers to every Paragraph of the complaint.

20.     Paragraph 20 is a statement on Plaintiff's interpretation of the law, to which no response is required. To the extent a response is deemed required, Defendants respond as follows: in answer to the allegations of Paragraph 20 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

21.     Paragraph 21 is a statement on Plaintiff's interpretation of the law, to which no

response is required. To the extent a response is deemed required, Defendants respond as follows: in answer to the allegations of Paragraph 21 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

22.     Paragraph 22 is a statement on Plaintiff's interpretation of the law, to which no response is required. To the extent a response is deemed required, Defendants respond as follows: in answer to the allegations of Paragraph 22 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

23.     Paragraph 23 is a statement on Plaintiff's interpretation of the law, to which no response is required. To the extent a response is deemed required, Defendants respond as follows: in answer to the allegations of Paragraph 23 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

24.     In answer to the allegations of Paragraph 24 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

25.     In answer to the allegations of Paragraph 25 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

26.     In answer to the allegations of Paragraph 26 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER
4:20-CV-08370

1   every, all and singular, the allegations contained therein.

2       27.     In answer to the allegations of Paragraph 27 of the complaint, these defendants

3   have insufficient information or belief to enable them to answer said allegations, and for that

4   reason and basing their denial on that ground, deny both generally and specifically, each and

5   every, all and singular, the allegations contained therein.

6       28.     In answer to the allegations of Paragraph 28 of the complaint, these defendants

7   have insufficient information or belief to enable them to answer said allegations, and for that

8   reason and basing their denial on that ground, deny both generally and specifically, each and

9   every, all and singular, the allegations contained therein.

10      29.     In answer to the allegations of Paragraph 29 of the complaint, these defendants

11  have insufficient information or belief to enable them to answer said allegations, and for that

12  reason and basing their denial on that ground, deny both generally and specifically, each and

13  every, all and singular, the allegations contained therein.

14      30.     In answer to the allegations of Paragraph 30 of the complaint, these defendants

15  have insufficient information or belief to enable them to answer said allegations, and for that

16  reason and basing their denial on that ground, deny both generally and specifically, each and

17  every, all and singular, the allegations contained therein.

18      31.     In answer to the allegations of Paragraph 31 of the complaint, these defendants

19  have insufficient information or belief to enable them to answer said allegations, and for that

20  reason and basing their denial on that ground, deny both generally and specifically, each and

21  every, all and singular, the allegations contained therein.

22      32.     In answer to the allegations of Paragraph 32 of the complaint, these defendants

23  have insufficient information or belief to enable them to answer said allegations, and for that

24  reason and basing their denial on that ground, deny both generally and specifically, each and

25  every, all and singular, the allegations contained therein.

26      33.     In answer to the allegations of Paragraph 33 of the complaint, these defendants

27  have insufficient information or belief to enable them to answer said allegations, and for that

28  reason and basing their denial on that ground, deny both generally and specifically, each and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER
4:20-CV-08370

1   every, all and singular, the allegations contained therein.

2       34.    In answer to the allegations of Paragraph 34 of the complaint, these defendants

3   have insufficient information or belief to enable them to answer said allegations, and for that

4   reason and basing their denial on that ground, deny both generally and specifically, each and

5   every, all and singular, the allegations contained therein.

6       35.    In answer to the allegations of Paragraph 35 of the complaint, these defendants

7   have insufficient information or belief to enable them to answer said allegations, and for that

8   reason and basing their denial on that ground, deny both generally and specifically, each and

9   every, all and singular, the allegations contained therein.

10      36.    In answer to the allegations of Paragraph 36 of the complaint, these defendants

11  have insufficient information or belief to enable them to answer said allegations, and for that

12  reason and basing their denial on that ground, deny both generally and specifically, each and

13  every, all and singular, the allegations contained therein.

14      37.    In answer to the allegations of Paragraph 37 of the complaint, these defendants

15  have insufficient information or belief to enable them to answer said allegations, and for that

16  reason and basing their denial on that ground, deny both generally and specifically, each and

17  every, all and singular, the allegations contained therein.

18      38.    In answer to the allegations of Paragraph 38 of the complaint, these defendants

19  have insufficient information or belief to enable them to answer said allegations, and for that

20  reason and basing their denial on that ground, deny both generally and specifically, each and

21  every, all and singular, the allegations contained therein.

22      39.    In answer to the allegations of Paragraph 39 of the complaint, these defendants

23  have insufficient information or belief to enable them to answer said allegations, and for that

24  reason and basing their denial on that ground, deny both generally and specifically, each and

25  every, all and singular, the allegations contained therein.

26      40.    In answer to the allegations of Paragraph 40 of the complaint, admitted that Ofc.

27  McManus' incident-related police report included the following quoted language: "a 911 call

28  from Robert Stout"; "there was a couple in an argument and a female was in the background

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER
4:20-CV-08370

1  telling the reporting party (Stout) what to say"; "the female threatened to call 911 and Stout said,

2  I'll do it for you"; "the reporting party was no longer answering questions"; and "the call was 80

3  minutes cold." In answer to all remaining allegations of Paragraph 40 of the complaint, these

4  defendants have insufficient information or belief to enable them to answer said allegations, and

5  for that reason and basing their denial on that ground, deny both generally and specifically, each

6  and every, all and singular, the allegations contained therein.

7      41.     Admitted.

8      42.     Admitted.

9      43.     In answer to Paragraph 43 of the Complaint, beginning and ending with "Corporal

10  Vanderpool arrived on scene first," admitted. In answer to all remaining allegations of Paragraph

11  43 of the complaint, these defendants have insufficient information or belief to enable them to

12  answer said allegations, and for that reason and basing their denial on that ground, deny both

13  generally and specifically, each and every, all and singular, the allegations contained therein.

14      44.     In answer to Paragraph 44 of the Complaint, beginning and ending with "Corporal

15  Vanderpool knocked on the front door of 1324 Rockspring Way," admitted. In answer to all

16  remaining allegations of Paragraph 44 of the complaint, these defendants have insufficient

17  information or belief to enable them to answer said allegations, and for that reason and basing

18  their denial on that ground, deny both generally and specifically, each and every, all and singular,

19  the allegations contained therein.

20      45.     In answer to the allegations of Paragraph 45 of the complaint, these defendants

21  have insufficient information or belief to enable them to answer said allegations, and for that

22  reason and basing their denial on that ground, deny both generally and specifically, each and

23  every, all and singular, the allegations contained therein.

24      46.     In answer to the allegations of Paragraph 46 of the complaint, these defendants

25  have insufficient information or belief to enable them to answer said allegations, and for that

26  reason and basing their denial on that ground, deny both generally and specifically, each and

27  every, all and singular, the allegations contained therein.

28      47.     In answer to the allegations of Paragraph 47 of the complaint, these defendants

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

48.     In answer to the allegations of Paragraph 48 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

49.     In answer to the allegations of Paragraph 49 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

50.     In answer to the allegations of Paragraph 50 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

51.     In answer to the allegations of Paragraph 51 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

52.     In answer to the allegations of Paragraph 52 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

53.     In answer to the allegations of Paragraph 53 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

54.     In answer to the allegations of Paragraph 54 of the complaint, these defendants

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  have insufficient information or belief to enable them to answer said allegations, and for that

2  reason and basing their denial on that ground, deny both generally and specifically, each and

3  every, all and singular, the allegations contained therein.

4       55.    In answer to the allegations of Paragraph 55 of the complaint, these defendants

5  have insufficient information or belief to enable them to answer said allegations, and for that

6  reason and basing their denial on that ground, deny both generally and specifically, each and

7  every, all and singular, the allegations contained therein.

8       56.    In answer to the allegations of Paragraph 56 of the complaint, these defendants

9  have insufficient information or belief to enable them to answer said allegations, and for that

10  reason and basing their denial on that ground, deny both generally and specifically, each and

11  every, all and singular, the allegations contained therein.

12       57.    In answer to the allegations of Paragraph 57 of the complaint, these defendants

13  have insufficient information or belief to enable them to answer said allegations, and for that

14  reason and basing their denial on that ground, deny both generally and specifically, each and

15  every, all and singular, the allegations contained therein.

16       58.    In answer to the allegations of Paragraph 58 of the complaint, these defendants

17  have insufficient information or belief to enable them to answer said allegations, and for that

18  reason and basing their denial on that ground, deny both generally and specifically, each and

19  every, all and singular, the allegations contained therein.

20       59.    In answer to the allegations of Paragraph 59 of the complaint, these defendants

21  have insufficient information or belief to enable them to answer said allegations, and for that

22  reason and basing their denial on that ground, deny both generally and specifically, each and

23  every, all and singular, the allegations contained therein.

24       60.    In answer to the allegations of Paragraph 60 of the complaint, these defendants

25  have insufficient information or belief to enable them to answer said allegations, and for that

26  reason and basing their denial on that ground, deny both generally and specifically, each and

27  every, all and singular, the allegations contained therein.

28       61.    In answer to the allegations of Paragraph 61 of the complaint, these defendants

have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

62.     In answer to the allegations of Paragraph 62 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

63.     In answer to the allegations of Paragraph 63 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

64.     In answer to the allegations of Paragraph 64 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

65.     In answer to the allegations of Paragraph 65 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

66.     In answer to the allegations of Paragraph 66 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

67.     In answer to the allegations of Paragraph 67 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

68.     In answer to the allegations of Paragraph 68 of the complaint, these defendants

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER
4:20-CV-08370

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1   have insufficient information or belief to enable them to answer said allegations, and for that

2   reason and basing their denial on that ground, deny both generally and specifically, each and

3   every, all and singular, the allegations contained therein.

4           69.     In answer to the allegations of Paragraph 69 of the complaint, these defendants

5   have insufficient information or belief to enable them to answer said allegations, and for that

6   reason and basing their denial on that ground, deny both generally and specifically, each and

7   every, all and singular, the allegations contained therein.

8           70.     In answer to the allegations of Paragraph 70 of the complaint, these defendants

9   have insufficient information or belief to enable them to answer said allegations, and for that

10   reason and basing their denial on that ground, deny both generally and specifically, each and

11   every, all and singular, the allegations contained therein.

12           71.     In answer to the allegations of the first sentence of Paragraph 71 of the complaint,

13   admitted. In answer to the allegations of the second sentence of Paragraph 71 of the complaint,

14   these defendants have insufficient information or belief to enable them to answer said allegations,

15   and for that reason and basing their denial on that ground, deny both generally and specifically,

16   each and every, all and singular, the allegations contained therein.

17           72.     In answer to the allegations of Paragraph 72 of the complaint, these defendants

18   have insufficient information or belief to enable them to answer said allegations, and for that

19   reason and basing their denial on that ground, deny both generally and specifically, each and

20   every, all and singular, the allegations contained therein.

21           73.     In answer to the allegations of Paragraph 73 of the complaint, these defendants

22   have insufficient information or belief to enable them to answer said allegations, and for that

23   reason and basing their denial on that ground, deny both generally and specifically, each and

24   every, all and singular, the allegations contained therein.

25           74.     In answer to the allegations of Paragraph 74 of the complaint, these defendants

26   have insufficient information or belief to enable them to answer said allegations, and for that

27   reason and basing their denial on that ground, deny both generally and specifically, each and

28   every, all and singular, the allegations contained therein.

75.     In answer to the allegations of Paragraph 75 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

76.     In answer to the allegations of Paragraph 76 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

77.     In answer to the allegations of Paragraph 77 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

## V.     CAUSES OF ACTION

### FIRST CAUSE OF ACTION
### (42 U.S.C. § 1983)
### AGAINST DEFENDANTS VANDERPOOL, MCMANUS, TANGUMA, and DOES 1-10

78.     In answer to the allegations of Paragraph 78 of the complaint, Defendants incorporate their answers to every Paragraph of the complaint.

79.     In answer to the allegations of Paragraph 79 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

80.     In answer to the allegations of Paragraph 80 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

81.     In answer to the allegations of Paragraph 81 of the complaint, these defendants

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER
4:20-CV-08370

1   have insufficient information or belief to enable them to answer said allegations, and for that

2   reason and basing their denial on that ground, deny both generally and specifically, each and

3   every, all and singular, the allegations contained therein.

4          82.     In answer to the allegations of Paragraph 82 of the complaint, these defendants

5   have insufficient information or belief to enable them to answer said allegations, and for that

6   reason and basing their denial on that ground, deny both generally and specifically, each and

7   every, all and singular, the allegations contained therein.

8                          **SECOND CAUSE OF ACTION**
9                  **(42 U.S.C. § 1983 *Monell* and Supervisory Liability)**
                   **AGAINST DEFENDANT CITY OF ANTIOCH and DOES 11-30**
10

11         83.     In answer to the allegations of Paragraph 83 of the complaint, Defendants

12  incorporate their answers to every Paragraph of the complaint.

13         84.     In answer to the allegations of Paragraph 84 of the complaint, these defendants

14  have insufficient information or belief to enable them to answer said allegations, and for that

15  reason and basing their denial on that ground, deny both generally and specifically, each and

16  every, all and singular, the allegations contained therein.

17         85.     In answer to the allegations of Paragraph 85 of the complaint, these defendants

18  have insufficient information or belief to enable them to answer said allegations, and for that

19  reason and basing their denial on that ground, deny both generally and specifically, each and

20  every, all and singular, the allegations contained therein.

21         86.     In answer to the allegations of Paragraph 86 of the complaint, these defendants

22  have insufficient information or belief to enable them to answer said allegations, and for that

23  reason and basing their denial on that ground, deny both generally and specifically, each and

24  every, all and singular, the allegations contained therein.

25         87.     In answer to the allegations of Paragraph 87 of the complaint, these defendants

26  have insufficient information or belief to enable them to answer said allegations, and for that

27  reason and basing their denial on that ground, deny both generally and specifically, each and

28  every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER
4:20-CV-08370

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

88.     In answer to the allegations of Paragraph 88 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

## THIRD CAUSE OF ACTION
## (VIOLATION OF CIVIL CODE § 52.1)
## AGAINST DEFENDANTS CITY OF ANTIOCH, VANDERPOOL, MCMANUS, TANGUAMA, and DOES 1-10

89.     In answer to the allegations of Paragraph 89 of the complaint, Defendants incorporate their answers to every Paragraph of the complaint.

90.     In answer to the allegations of Paragraph 90 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

91.     In answer to the allegations of Paragraph 91 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

92.     In answer to the allegations of Paragraph 92 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

93.     In answer to the allegations of Paragraph 93 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

94.     In answer to the allegations of Paragraph 94 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that

1   reason and basing their denial on that ground, deny both generally and specifically, each and

2   every, all and singular, the allegations contained therein.

3                          **FOURTH CAUSE OF ACTION**
                                  **(NEGLIGENCE)**
4                          **AGAINST ALL DEFENDANTS**

5

6       95.     In answer to the allegations of Paragraph 95 of the complaint, Defendants

7   incorporate their answers to every Paragraph of the complaint.

8       96.     In answer to the allegations of Paragraph 96 of the complaint, these defendants

9   have insufficient information or belief to enable them to answer said allegations, and for that

10  reason and basing their denial on that ground, deny both generally and specifically, each and

11  every, all and singular, the allegations contained therein.

12      97.     In answer to the allegations of Paragraph 97 of the complaint, these defendants

13  have insufficient information or belief to enable them to answer said allegations, and for that

14  reason and basing their denial on that ground, deny both generally and specifically, each and

15  every, all and singular, the allegations contained therein.

16      98.     In answer to the allegations of Paragraph 98 of the complaint, these defendants

17  have insufficient information or belief to enable them to answer said allegations, and for that

18  reason and basing their denial on that ground, deny both generally and specifically, each and

19  every, all and singular, the allegations contained therein.

20      99.     In answer to the allegations of Paragraph 99 of the complaint, these defendants

21  have insufficient information or belief to enable them to answer said allegations, and for that

22  reason and basing their denial on that ground, deny both generally and specifically, each and

23  every, all and singular, the allegations contained therein.

24      100.    In answer to the allegations of Paragraph 100 of the complaint, these defendants

25  have insufficient information or belief to enable them to answer said allegations, and for that

26  reason and basing their denial on that ground, deny both generally and specifically, each and

27  every, all and singular, the allegations contained therein.

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

15

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

101.    In answer to the allegations of Paragraph 101 of the complaint, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

## DEMAND

Defendants demand a Jury Trial.

## FIRST AFFIRMATIVE DEFENSE

AS AND FOR A FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Plaintiff's causes of action are barred by the statute of limitations.

## SECOND AFFIRMATIVE DEFENSE

AS AND FOR A SECOND, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Plaintiff's causes of action are barred by laches.

## THIRD AFFIRMATIVE DEFENSE

AS AND FOR A THIRD, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Plaintiff's causes of action are barred by unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

AS AND FOR A FOURTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Should plaintiff(s) recover non-economic damages against any defendant, the liability for non-economic damages is limited to the degree of fault and several liability of said defendant's pursuant to Civil Code section 1431.2 and a separate, several judgment shall be rendered against said defendants based upon said defendant's degree of fault and several liability.

## FIFTH AFFIRMATIVE DEFENSE

AS AND FOR A FIFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Individual defendant(s) are immune from 42 U.S.C. § 1983 liability pursuant to the doctrine of qualified immunity. See *White v. Pauly*, 137 S. Ct. 548 (2017), *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) and *Harlow v. Fitzgerald*, 457 U.S. 800 (1982).

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

**SIXTH AFFIRMATIVE DEFENSE**

AS AND FOR A SIXTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Defendants are immune from Plaintiffs' state-law causes of action pursuant to the provisions of §§ 815, 815.2, 818, 820.2, 820.4, 820.6, 820.8, 820.9, 821.6, 844.6, and 845.6 of the Government Code of the State of California.

**SEVENTH AFFIRMATIVE DEFENSE**

AS AND FOR A SEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Defendants allege that plaintiff failed to set forth the facts sufficient to state a cause of action due to a failure to comply with claims requirements of the California Government Code §§ 900 et. seq.

**EIGHTH AFFIRMATIVE DEFENSE**

AS AND FOR A EIGHTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

That plaintiff assumed the risk of any injuries and/or damages resulting from the matters set forth in said complaint, and that said assumption of risk by plaintiff was a cause of the injuries and/or damages alleged by plaintiff, if any there was.

**NINTH AFFIRMATIVE DEFENSE**

AS AND FOR A NINTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Plaintiff failed to mitigate his damages.

///
///
///
///
///
///
///
///

ANSWER
4:20-CV-08370

1

**TENTH AFFIRMATIVE DEFENSE**

2

AS AND FOR A TENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

3

   That plaintiff was himself negligent and careless in and about the matters and events set

4

forth in the complaint, and that said negligence contributed to his alleged injuries and/or damages.

5

A verdict of the jury in favor of plaintiff, if any, which may be rendered in this case must

6

therefore be reduced by the percentage that plaintiff's negligence contributed to the accident and

7

injuries complained of, if any there were.

8

9

               Respectfully submitted,

10

Dated:  February 5, 2021      ALLEN, GLAESSNER,
               HAZELWOOD & WERTH, LLP

11

12

             By: */s/ Kevin P. Allen*
               DALE L. ALLEN, JR.

13

               KEVIN P. ALLEN
               Attorneys for Defendants

14

               CITY OF ANTIOCH, CPL. JASON C.
               VANDERPOOL, OFC. ERIC A. MCMANUS,

15

               and OFC. CAESAR E. TANGUMA

16

17

18

19

20

21

22

23

24

25

26

27

28

*ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP*
*180 Montgomery Street, Suite 1200*
*San Francisco, California 94104*

ANSWER
4:20-CV-08370