UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Stout<br><br>                    Plaintiff(s)<br>v.<br>City of Antioch, et al.<br><br>                    Defendant(s) | CASE No C 4:20-cv-08370-YGR<br><br>**ORDER GRANTING**<br>STIPULATION ~~AND [PROPOSED]~~<br>~~ORDER~~ SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)
    The parties request MSC with Magistrate Beeler.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: 120 days from the date.

Date: 2/15/21         T. Kennedy Helm, IV
                      Attorney for Plaintiff

Date: 2/15/21         Kevin P. Allen
                      Attorney for Defendant

☒ IT IS SO ORDERED.  Matter referred to Magistrate Judge Beeler for MSC within 120 days.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 2/16/21         *[signature]*
                      YVONNE GONZALEZ ROGERS
                      UNITED STATES DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*