SANJAY S. SCHMIDT (State Bar No. 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone: (415) 563-8583
Facsimile: (415) 223-9717
Email: ss@sanjayschmidtlaw.com

T. KENNEDY HELM, IV (State Bar No. 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, California 94609
Telephone: (510) 350-7517
Facsimile: (510) 350-7359
Email: kennedy@helmlawoffice.com

*Attorneys for Plaintiff*,
ROBERT STOUT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STOUT, | ) **Case No. 4:20-cv-08370-YGR** |
| Plaintiff, | ) |
| | ) **NOTICE OF UNAVAILABILITY OF** |
| vs. | ) **PLAINTIFF'S COUNSEL** |
| | ) |
| CITY OF ANTIOCH, a public entity; Antioch Police Department Corporal JASON C. VANDERPOOL, individually; Antioch Police Department Officers ERIC A. MCMANUS and CAESER E. TANGUMA, individually; and DOES 1–30, Jointly and Severally, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) ) |

**TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that Plaintiff's counsel, Sanjay S. Schmidt, of The Law Office of Sanjay S. Schmidt, will be unavailable for any purpose whatsoever from April 18, 2021 through and including May 20, 2021. Such unavailability includes, but is not limited to, responding to telephone calls, responding to e-mails, receiving notices of any kind, receiving notice of or responding to any discovery requests, responding to or appearing for ex parte applications, motions, and/or other requests, appearing in court, attending depositions, or receiving notice of any subpoenas, among other things. This notice is given pursuant to *Tenderloin Housing Clinic v. Sparks*, 8 Cal.App.4th 299 (1992), and subsequent authority, which restricts the conduct of any attorney who purposely attempts to schedule a conflicting proceeding without good cause, and which fails to respect the legitimate interests of fellow members of the bar. Given the undersigned counsel's unavailability and this notice, the undersigned will proceed under the assumption that opposing counsel will honor this notice. In case of emergencies or highly time-sensitive issues that cannot wait, please contact a staff member at the undersigned's office, at (415) 563-8583.

Dated: April 14, 2021

**LAW OFFICE OF SANJAY S. SCHMIDT**
**-and-**
**HELM LAW OFFICE, PC**

*/s/ Sanjay S. Schmidt*
By: Sanjay S. Schmidt
Attorneys for Plaintiff,
ROBERT STOUT

NOTICE OF UNAVAILABILITY OF PLAINTIFF'S COUNSEL
*Stout v. City of Antioch, et al.*
USDC (N.D. Cal.) Case No. 4:20-cv-08370-YGR

2