SANJAY S. SCHMIDT (State Bar No. 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone: (415) 563-8583
Facsimile: (415) 223-9717
Email: ss@sanjayschmidtlaw.com

T. KENNEDY HELM, IV (State Bar No. 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, California 94609
Telephone: (510) 350-7517
Facsimile: (510) 350-7359
Email: kennedy@helmlawoffice.com

*Attorneys for Plaintiff,*
ROBERT STOUT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STOUT, | ) **Case No. 4:20-cv-08370-YGR** |
| Plaintiff, | ) **ORDER GRANTING** |
| | ) **STIPULATION ~~AND (PROPOSED)~~** |
| vs. | ) ~~**ORDER**~~ **TO CONTINUE EARLY** |
| | ) **SETTLEMENT CONFERENCE** |
| CITY OF ANTIOCH, a public entity; Antioch Police Department Corporal JASON C. VANDERPOOL, individually; Antioch Police Department Officers ERIC A. McMANUS and CAESER E. TANGUMA, individually; and DOES 1–30, Jointly and Severally, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) ) |

Stipulation & (~~Prop.~~) Order to Continue Early Settlement Conference
*Stout v. City of Antioch, et al.*
USDC (N.D. Cal.) Case No. 4:20-cv-08370-YGR

The Parties to the above-entitled action jointly and respectfully submit this STIPULATION AND (PROPOSED) ORDER TO CONTINUE THE EARLY SETTLEMENT CONFERENCE.

On February 15, 2021, the parties stipulated to an early settlement conference before Magistrate Judge Beeler. (Dkt. 18). On February 16, 2021, this Court entered an order granting the parties' stipulation, and further ordering that the early settlement conference before Magistrate Judge Beeler occur within 120 days, or by June 16, 2021. (Dkt. 19). On February 18, 2021, Magistrate Judge Beeler entered an order setting the settlement conference for June 1, 2021 at 11:30 a.m. (Dkt. 21). Plaintiff thereafter served written discovery on Defendants, receiving responses and responsive documents on April 14, 2021. The same day, Plaintiff's lead trial counsel, Sanjay S. Schmidt, filed a notice of unavailability for April 18, 2021 to May 20, 2021. (Dkt. 28).

In the past few weeks, Plaintiff's co-counsel, T. Kennedy Helm, has communicated with Mr. Schmidt via text and email, and he understands that while Mr. Schmidt underwent a procedure at a hospital on April 20, 2021, and was at home convalescing, his condition deteriorated and he was unfortunately readmitted to the hospital on or about May 2, 2021, where he remains as of the date of this stipulation.

Given Mr. Schmidt's re-hospitalization and uncertain prognosis, the Parties respectfully request that this Court allow the early settlement conference to be continued from June 1, 2021 to July 27, 2021, a date that Magistrate Judge Beeler has available and to which the Parties agree.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 12, 2021               **HELM LAW OFFICE, PC**

                                  By: ___*/s/ T. Kennedy Helm IV*___

                                     T. Kennedy Helm, IV
                                     Attorneys for Plaintiff

Dated:  May 12, 2021                      **ALLEN, GLAESSNER, HAZELWOOD AND WERTH, LLP**

By:   */s/ Kevin P. Allen*\*
                                          Kevin P. Allen
                                          Attorneys for Defendants

\*Mr. Allen provided his consent that this document be filed electronically.


**(PROPOSED) ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The Parties shall complete the early settlement conference before Magistrate Judge Beeler on July 27, 2021.


DATED:  **May 13, 2021**            By: _____
                                          **HON. YVONNE GONZALEZ ROGERS**
                                          **UNITED STATES DISTRICT JUDGE**